**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 17, 2023

**BY ECF**

The Honorable J. Paul Oetken
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 706
New York, New York 10007

Re:     **United States v. Joshua Cheathum**
        **23 CR 0027 (JPO)**

Dear Judge Oetken:

Joshua Cheathum, through undersigned counsel, respectfully submits this letter to request authorization to travel to his mother's home in Jersey City, NJ from Friday, February 17, 2023 through Sunday, February 19, 2023.  The home of Mr. Cheathum's mother was recently flooded, and thus, he seeks permission to travel to her home to assist with removing furniture and other cleaning efforts.  Undersigned counsel conferred with both the government and pretrial services.  Neither have any objection to the requested relief.  Notably, Mr. Cheathum is already subject to location monitoring, which minimizes any risk of flight.  Furthermore, Mr. Cheathum was previously granted permission to travel to this same address back in December 2022.  Accordingly, Mr. Cheathum asks that the Court extend its trust again and permit him to travel to his mother's home on the requested dates.

Respectfully Submitted,

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

Cc: United States Pretrial Services Officer Francesca Piperato (via email);
Assistant United States Attorney Jacob Gutwillig (via ECF)

Granted.
So ordered.
2/17/2023

_____
J. PAUL OETKEN
United States District Judge