# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 24, 2023

Granted.
 So ordered:  5/24/2023

**BY ECF**

The Honorable J. Paul Oetken
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 706
New York, New York 10007

_____
J. PAUL OETKEN
United States District Judge

Re:     **United States v. Joshua Cheatham**
         **23 CR 0027 (JPO)**

Dear Judge Oetken:

Joshua Cheatham, through undersigned counsel, respectfully submits this letter to request authorization to travel out of district on the following dates:

- **May 26, 2023 – May 29, 2023**

  o   Mr. Cheatham requests permission to travel to the District of New Jersey to spend the weekend at his mother's home in Jersey City, NJ.  Furthermore, Mr. Cheatham requests permission to travel to the District of Connecticut on May 27 with his mother to attend a family gathering in East Hartford, Connecticut.

- **June 2, 2023 – June 4, 2023**

  o   Mr. Cheatham requests permission to travel to the District of New Jersey to spend that weekend at his mother's home in Jersey City, NJ.

Undersigned counsel has conferred with pretrial services and the government about these requests.

Neither pretrial services nor the government have any objection to the requests.

Page 2

Respectfully Submitted,

_____/s/_____

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791


Cc:     United States Pretrial Services Officer Francesca Piperato (via email);
Assistant United States Attorney Jacob Gutwillig (via ECF)