**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 14, 2023

**BY ECF**

The Honorable J. Paul Oetken
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 706
New York, New York 10007

Re: **United States v. Joshua Cheatham**
**23 CR 0027 (JPO)**

Dear Judge Oetken:

Joshua Cheatham, through undersigned counsel, respectfully submits this letter to request authorization to travel to the District of New Jersey from Friday, June 16, 2023 through Monday, June 19, 2023. If granted, Mr. Cheatham would be visiting and staying with his mother in Jersey City, NJ. The purpose of this travel is to celebrate the baptism of Mr. Cheatham's sister, to allow Mr. Cheatham's family to celebrate him on Father's Day, and to celebrate the Juneteenth holiday. Undersigned counsel has conferred with pretrial services and the government about this request. Neither pretrial services nor the government have any objection to the request.

Granted.
So ordered.
6/14/2023

Respectfully Submitted,

/s/

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

J. PAUL OETKEN
United States District Judge