# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 14, 2023

**BY ECF**

Granted.
So ordered.
9/15/2023

The Honorable J. Paul Oetken
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 706
New York, New York 10007

J. PAUL OETKEN
United States District Judge

Re:     **United States v. Joshua Cheatham**
        **23 CR 0027 (JPO)**

Dear Judge Oetken:

Joshua Cheatham, through undersigned counsel, respectfully submits this letter to request authorization to travel to Atlanta, GA from Friday, September 15 through Monday, September 18 for a family reunion.  Mr. Cheatham would be traveling there by bus, and he would be staying with his younger sister at a local hotel.  Pretrial services has been informed of the address to this hotel.

Undersigned counsel has conferred with pretrial services and the government about this request.  Pretrial services has no objection to Mr. Cheatham's request, so long as he provides his bus information.  The government defers to pretrial services.

Respectfully Submitted,

_____/s/_____

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791