# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 13, 2023

**BY ECF**

The Honorable J. Paul Oetken
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 706
New York, New York 10007

Re:   **United States v. Joshua Cheatham**
      **23 CR 0027 (JPO)**

Dear Judge Oetken:

Joshua Cheatham, through undersigned counsel, respectfully submits this letter to request authorization to travel to Kingston, Pennsylvania for a family gathering during the weekend of October 13, 2023. Pretrial services has been informed of the address that Mr. Cheatham would be staying.

Undersigned counsel has conferred with pretrial services and the government about this request. Pretrial services has no objection to Mr. Cheatham's request, and the government defers to pretrial services.

Granted.
So ordered.
 10/13/2023

Respectfully Submitted,

       /s/

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

J. PAUL OETKEN
United States District Judge