**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 21, 2023

**BY ECF**

The Honorable J. Paul Oetken
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 706
New York, New York 10007

Re:   **United States v. Joshua Cheatham**
      **23 CR 0027 (JPO)**

Dear Judge Oetken:

Joshua Cheatham, through undersigned counsel, respectfully submits this letter to request authorization to travel to Jersey City, New Jersey from November 21, 2023 through November 25, 2023 to attend a Thanksgiving gathering at his mother's home.

Undersigned counsel has attempted to confer with pretrial services and the government about this request. Pretrial services has no objection to Mr. Cheatham's request, and the government has not responded to the request.

Granted.
So ordered.
 11/22/2023

Respectfully Submitted,

_____/s/_____

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

_____
J. PAUL OETKEN
United States District Judge

Cc: United States Pretrial Services Officer Francesca Piperato (via email);
Assistant United States Attorney Jacob Gutwillig (via ECF)