**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 29, 2023

**BY ECF**

The Honorable J. Paul Oetken
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 706
New York, New York 10007

Re:  **United States v. Joshua Cheatham**
     **23 CR 0027 (JPO)**

Dear Judge Oetken:

Joshua Cheatham, through undersigned counsel, respectfully submits this letter in support of his request to modify the conditions of his release. Specifically, Mr. Cheatham asks the Court to modify his release conditions to include travel to the District of New Jersey, with prior notice to pretrial services, for the purpose of visiting his mother. As reflected by the plethora of travel requests on the Court's docket, Mr. Cheatham frequently visits his mother in Jersey City, New Jersey. Pretrial services has no objection to modifying Mr. Cheatham's release conditions. The government has not yet responded about this request.

> Granted. Defendant's pretrial release conditions are modified to permit travel to the District of New Jersey with prior notice to Pretrial Services.
> So ordered.
> 1/2/2024

Respectfully Submitted,

____/s/_____
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

_____
J. PAUL OETKEN
United States District Judge