# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 31, 2024

**BY ECF**

The Honorable J. Paul Oetken
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 706
New York, New York 10007

Re:   **United States v. Joshua Cheatham**
      **23 CR 0027 (JPO)**

Dear Judge Oetken:

Joshua Cheatham, through undersigned counsel, respectfully submits this letter to request authorization to travel to Connecticut with his mother on Sunday, June 2, 2024. The purpose of the travel would be to accompany his mother to a family member's birthday celebration. Mr. Cheatham would be returning to New York the same day.

Undersigned counsel has attempted to confer with pretrial services and the government about this request. Pretrial services has no objection to Mr. Cheatham's request, and the government has not responded to the request. Undersigned counsel understands that the government attorney is currently traveling with limited access to email.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

Granted.
So ordered:
 5/31/2024

J. PAUL OETKEN
United States District Judge